IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH DORNEA EWING,<br>    ID #57825-177,<br>        Plaintiff,<br><br>v.<br><br>JOVAUGHAN JALANI EWING, et al.,<br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>No. 3:25-CV-2376-N-BW<br><br><br>Referred to U.S. Magistrate Judge[1] |

## ORDER

Plaintiff Joseph Dornea Ewing's Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form), received on September 3, 2025 (Dkt. No. 5), is **TERMINATED** based on the Findings, Conclusions, and Recommendation of the United States Magistrate Judge recommending that the Court dismiss this action without prejudice for lack of subject matter jurisdiction. If the United States District Judge declines to accept the recommendation, Ewing may re-urge the application.

**SO ORDERED** on September 8, 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE

---

[1] By Special Order No. 3-251, this pro se case has been automatically referred for full case management.